THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL CASE NO. 5:11-cv-00151-MR

| | | |
|---|---|---|
| SEAN M. HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **J U D G M E N T** |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Order entered contemporaneously herewith,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Objections are **OVERRULED**; the Magistrate Judge's Memorandum and Recommendation is **ACCEPTED**; the Plaintiff's Motion for Summary Judgment is **DENIED**; the Defendant's Motion for Summary Judgment is **GRANTED**; and the decision of the Commissioner is **AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE**.

Signed: March 26, 2014

Martin Reidinger
United States District Judge